| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BROWN, TRISH M. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, OREGON | 3. Date of Report<br><br>01/23/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>1001 SW FIFTH AVE., SUITE 700<br>PORTLAND, OR 97204 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer | Oregon Division, United States Fencing Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | FIDELITY NATIONAL MANAGEMENT - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar | 04/13/18 to 04/14/18 | Seattle, WA | Northwest Bankruptcy Institute | Meal |
| 2. | National Conference of Bankrupcy Judges | 10/29/18 to 10/31/18 | San Antonio, TX | Annual Meeting, Commitee Meeting, and Board of Governors Meeting | Airfare, lodging (2 nights), meals and ground transportion |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MORGAN STANLEY SMITH BARNEY ROLLOVER IRA (H) | | | | | | | | | |
| 2. - Cons Staples Sel Sect SPDR FD (XLP) | A | Dividend | K | T | | | | | |
| 3. - Health Care Sel Sect SPDR FD (XLV) | A | Dividend | K | T | | | | | |
| 4. - Industrial Sel Sec SPDR Fd (XLI) | A | Dividend | K | T | | | | | |
| 5. - Vanguard Extended Mkt ETF (VXF) | A | Dividend | K | T | | | | | |
| 6. - Invesco SSP 500 Quality ETF fka Powershares S&P High Quality (SPHQ) | A | Dividend | J | T | | | | | |
| 7. - MFS Charter Income TR SB1 (MCR) | A | Dividend | | | Sold | 11/07/18 | J | A | |
| 8. - Vanguard Growth ETF (VUG) | B | Dividend | L | T | | | | | |
| 9. | | | | | | | | | |
| 10. - Vanguard Value ETF Index (VTV) | B | Dividend | L | T | | | | | |
| 11. - Investco QQQ Trust Series I fka Powershares QQQ TR (QQQ) | A | Dividend | L | T | | | | | |
| 12. - IShares SP Smallcap 600 Index (IJR) | A | Dividend | K | T | | | | | |
| 13. - SPDR S&P Midcap 400 ETF Trust (MDY) | A | Dividend | L | T | | | | | |
| 14. - Invesco Wilderhill Clean Energy fka Powershares Winderhill ... (PBW) | A | Dividend | J | T | | | | | |
| 15. - Ishares IBOXX Invest Gr Cor. Fd (LQD) | A | Dividend | K | T | | | | | |
| 16. - Ishares DJ US Rl Est Index (IYR) | A | Dividend | J | T | | | | | |
| 17. - Ishares S&P Pref Stk Indx (PFF) | A | Dividend | K | T | Buy (add'l) | 11/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IShares MBS ETC fka Ishares Barclays MBS Bond Fund (MBB) | A | Dividend | K | T | | | | | |
| 19. - Vanguard FTSE Developed Markets (VEA) | B | Dividend | L | T | | | | | |
| 20. - Vanguard Dividend Appreciation (VIG) | A | Dividend | K | T | | | | | |
| 21. - Pimco Active Bond fka Total Return ETF (BND) | A | Int./Div. | J | T | Buy (add'l) | 01/03/18 | J | | |
| 22. - Ishares DJ US Home Construct (ITB) | A | Dividend | J | T | | | | | |
| 23. - Ishares MSCI Asia Ex-Japan ETC (AAXJ) | A | Dividend | K | T | | | | | |
| 24. - Utilities S4 Sect SPDR Fund (XLU) | A | Dividend | K | T | Buy (add'l) | 07/13/18 | J | | |
| 25. INTEL COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. DISNEY COMMON STOCK | A | Dividend | K | T | | | | | |
| 27. Medtronic PLC | A | Dividend | K | T | | | | | |
| 28. NIKE COMMON STOCK | A | Dividend | L | T | | | | | |
| 29. PEPSI COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. Chevron Texaco Corporation/Common Stock | A | Dividend | J | T | | | | | |
| 31. American Funds: EUROPACIFIC GROWTH FUND - MUTUAL FUND | D | Dividend | M | T | | | | | |
| 32. AQUILLA TAX FREE TRUST - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 33. OREGONIAN FEDERAL CREDIT UNION - PORTLAND, OR | A | Interest | J | T | | | | | |
| 34. St. Helens Comm. Fed. Credit Union Accounts-St. Helens, OR | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WELLS FARGO BANK ACCOUNTS - PORTLAND, OR | A | Interest | K | T | | | | | |
| 36. BANK OF AMERICA - PORTLAND, OR | A | Interest | J | T | | | | | |
| 37. UBS Bank Account fka PAINEWEBBER RMA - PORTLAND, OR | A | Interest | J | T | | | | | |
| 38. Oregon College Savings Plan TIAFF Cref Age Base Portfolio (H) | | | | | | | | | |
| 39. - Agressive Portfolio | A | Dividend | K | T | | | | | |
| 40. UBS IRA ROLLOVER D T (H) | | | | | | | | | |
| 41. - UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 42. - Janus Henderson Intl Opportunities Fund fka Henderson ... (HFOIX) | B | Dividend | K | T | Sold (part) | 10/25/18 | J | A | |
| 43. - Oppenheimer Developing Markets Fund Class A (ODVYX) | A | Dividend | K | T | | | | | |
| 44. - Touchstone Sands Capital (CFSIX) | A | Dividend | K | T | Sold (part) | 05/24/18 | J | C | |
| 45. | | | | | Sold (part) | 07/25/18 | J | A | |
| 46. - Templeton Glbal Fund (TGBAX) | A | Dividend | K | T | | | | | |
| 47. - Loomis Sayles Bond Fund Class Retail (LSBDX) | B | Dividend | L | T | | | | | |
| 48. - First Eagle Global Fund (SGIIX) | A | Dividend | K | T | | | | | |
| 49. - Franklin Income ADV (FRIAX) | C | Dividend | K | T | Sold (part) | 01/26/18 | J | A | |
| 50. - Diamond Hill Small Midcap (DHMIX) | A | Dividend | K | T | | | | | |
| 51. - AIG Focused Div Strategy fka Sun America Foc. Div. Strategy (FDSWX) | B | Dividend | K | T | Sold (part) | 05/24/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Principal Preferred Securities (PPSPX) | A | Dividend | J | T | | | | | |
| 53. - RMB Mendon Financial Services Fund (RMBKX) | A | Dividend | K | T | | | | | |
| 54. - Double Line Total Return Fund Instl. (DBLTX) | B | Dividend | K | T | Sold (part) | 04/24/18 | J | A | |
| 55. | | | | | Sold (part) | 05/24/18 | K | A | |
| 56. - INY Science & Technology (ISTIX) | A | Distribution | K | T | | | | | |
| 57. Alpha Centric Income Opportunities Fund Class (IOFIX) | B | Dividend | K | T | Buy | 05/25/18 | K | | |
| 58. Vangard Industrials Index Fund Admiral (VINAX) | A | Dividend | K | T | Buy | 05/25/18 | K | | |
| 59. Charles Schwab Investor Checking | A | Int./Div. | J | T | | | | | |
| 60. Charles Schwab Investment Acct. | A | Int./Div. | L | T | | | | | |
| 61. - Schwab Value Advantage M (SWVXX) | | | | | Buy | 12/17/18 | J | | |
| 62. | | | | | Buy | 12/24/18 | K | | |
| 63. Northwest Mutual Financial Network (whole life insurance) | B | Dividend | K | T | | | | | See Part VIII. |
| 64. FIDELITY NATIONAL FINANCIAL GROUP 401(k) PROFIT SHARING PLAN (H) | | | | | | | | | See Part VIII. |
| 65. - Vanguard Wellington Admir | E | Dividend | N | T | | | | | |
| 66. - FNF 401K Stock Fund | A | Dividend | J | T | | | | | |
| 67. - Black Knight Frozen Stock Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - CNNE Frozen Stock Fund | A | Dividend | J | T | | | | | |
| 69. UBS new (H) (X) | | | | | | | | | See Part VIII. |
| 70. - UBS Bank USA Dep. Acct. | A | Interest | K | T | | | | | |
| 71. - AT&T Inc. (T ) | A | Dividend | K | T | | | | | |
| 72. - Dominion Energy Inc. (D) | A | Dividend | K | T | | | | | |
| 73. - Duke Energy Corp New (DUK) | A | Dividend | K | T | | | | | |
| 74. - Exxon Mobiol Corp (XOM) | A | Dividend | K | T | | | | | |
| 75. - Franklin Street Properties Corp REITS (FSP) | A | Dividend | J | T | | | | | |
| 76. - Genl Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 77. - Royal Dutch Shell PLC (RDSB) | A | Dividend | J | T | | | | | |
| 78. - Certificate of Deposit | A | Interest | K | T | | | | | |
| 79. - Bond BMO Harris Bank NA IL US (05581WJB2) | A | Interest | K | T | | | | | |
| 80. - Bond JPMorgan Chase Bk OH US (48126XAG0) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 62, page 7. No premium payment exceeded $1,000.00.

2. Part VII, line 63, page 7. Acquisitions of investments within Fidelity National Financial Group 401(k) Profit Sharing Plan did not exceed $1,000 on a per transaction basis.

3. Part VII, line 68, page 8. New UBS inherited account.

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 01/23/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TRISH M. BROWN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544